PETER M. PECK, Respondent, v PHYLLIS A. PECK, Appellant No opinion. Concur—Carro, J. P., Wallach, Ross, Smith and Rubin, JJ.

AGNETA G. GILLIN, Appellant, v MARTIN GRUSS, Respondent No opinion. Concur—Milonas, J. P., Ellerin, Kupferman and Asch, JJ.

STILLROCK MANAGEMENT INC., Respondent, v CYNTHIA FLOWERS, Appellant, et al., Defendant Concur—Ellerin, J. P., Kupferman, Ross and Smith, JJ.